IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00745-CMA-KLM

PETRA BOTELLO,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Stipulation of Dismissal With Prejudice (Doc. # 14) signed by the attorneys for the parties hereto it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED:  July   31  , 2013

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge